# IN THE SUPREME COURT OF THE STATE OF NEVADA

WELLS FARGO BANK, N.A.,
     Appellant,
   vs.
PARADISE HARBOR PLACE TRUST,
     Respondent.

No. 74298

**FILED**

OCT 22 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
   DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

   Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

   It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Joseph Hardy, Jr., District Judge
  Robert Saint-Aubin, Settlement Judge
  Snell & Wilmer, LLP/Tucson
  Snell & Wilmer, LLP/Las Vegas
  Law Offices of Michael F. Bohn, Ltd.
  Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-43655